IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

BONNIE J. CARTER,                          )
                                           )
                    Plaintiff,             )    TC-MD 111137N
                                           )
        v.                                 )
                                           )
WASHINGTON COUNTY ASSESSOR,                )
                                           )
                    Defendant,             )
                                           )
        and                                )
                                           )
DEPARTMENT OF REVENUE,                     )
State of Oregon,                           )
                                           )
                    Defendant-Intervenor.  )    **DECISION OF DISMISSAL**

        This matter is before the court on its own motion to dismiss this case for lack of

prosecution.

        A case management conference was scheduled at 9:30 a.m. on March 20, 2012, to

consider Plaintiff's appeal.  On March 2, 2012, the court sent notice of the scheduled case

management conference to Plaintiff at the email address that Plaintiff provided to the court with

her Complaint.  The notice was not returned as undeliverable.  The notice advised that if Plaintiff

did not appear, the court might dismiss the appeal.

        On March 20, 2012, the court sent Plaintiff a letter at the mailing address that she

provided with her Complaint.  The letter explained the importance of diligently pursuing an

appeal and was not returned as undeliverable.  The letter advised that if Plaintiff did not provide

a written explanation by April 3, 2012, for her failure to appear at the March 20, 2012, case

management conference, the court would dismiss the appeal.  As of the date of this Decision,

Plaintiff has not submitted a written response to the court explaining her failure to appear at the

March 20, 2012, case management conference. Under such circumstances, the court finds the

appeal must be dismissed for lack of prosecution. Now, therefore,

IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

Dated this ____ day of April 2012.

_____
ALLISON R. BOOMER
MAGISTRATE PRO TEMPORE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Pro Tempore Allison R. Boomer on April 9, 2012. The Court filed and entered this document on April 9, 2012.*